IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 15-3789 |
| : | |
| **JENNIFER KOMLO.,** : | |
| Defendant. : | |
| : | |

## ORDER

**AND NOW**, this 14th day of March, 2018, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 45), Defendant's Motion for Summary Judgment (ECF No. 46), Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment and accompanying facts (ECF No. 47), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and accompanying facts (ECF No. 50), Defendant's Reply (ECF No. 59), and all facts and exhibits attached to the aforementioned filings, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 46) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (ECF No. 45) is **GRANTED**, as outlined in the accompanying Memorandum.

3. The Clerk of Court shall close the above-captioned matter for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.